

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00133-CV

**IN THE MATTER OF S.T.**

From the County Court at Law, Starr County, Texas
Trial Court No. JV-17-035
Honorable Romero Molina, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED November 14, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice